AO 245A (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ DISTRICT OF _____ OHIO _____

UNITED STATES OF AMERICA

V.

DIABLO TATE

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:05CR356

FILED DEC 12 PM 3:05

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

Patricia A. Gaughan, U.S. District Judge
Name and Title of Judicial Officer

12-12-05
Date